COMMONWEALTH of Pennsylvania,
Respondent

v.

Felix FORCADES, Petitioner

Commonwealth of Pennsylvania,
Respondent

v.

Felix Forcades, Petitioner

No. 244 MAL 2017
No. 245 MAL 2017

Supreme Court of Pennsylvania.

September 12, 2017

## ORDER

PER CURIAM

AND NOW, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.